```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHARLES WAYNE ALLBRIGHT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR-S-06-0463-LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER AFTER HEARING |
| CHARLES WAYNE ALLBRIGHT, | ) | |
| Defendant. | ) | Judge: Hon. Lawrence K. Karlton |

This matter was before the court on December 19, 2006 for a status conference. The government was represented by its counsel, Jason Hitt, Assistant United States Attorney. Defendant, Charles Wayne Allbright, was present with his counsel, Matthew C. Bockmon, Assistant Federal Defender. It was noted that, although discovery has been provided to defendant, there are still audio tapes outstanding. It was ordered that a further status conference be set for January 9, 2007, at 9:30 a.m. Good cause appearing therefor,

IT IS ORDERED that a further Status Conference in this matter be set for January 9, 2007, at 9:30 a.m. in Courtroom 4.

1    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161 (h)(8)(B)
2 (iv) and Local Code T4, the period from December 19, 2006, through and
3 including January 9, 2007, is excluded from the time computations
4 required by the Speedy Trial Act due to on going preparation of
5 counsel.

7 Dated: December 21, 2006

```
                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

Order After Hearing                    2