1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CHARLES WAYNE ALLBRIGHT

7

8
                 IN THE UNITED STATES DISTRICT COURT
9
              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,      )  NO. CR-S-06-0463-LKK
13                                )
                 Plaintiff,       )
14                                )  ORDER AFTER HEARING
        v.                        )
15                                )
   CHARLES WAYNE ALLBRIGHT,       )
16                                )  Judge:  Hon. Lawrence K. Karlton
                 Defendant.       )
17                                )
   _____)
18
19      This matter was before the court on January 9, 2007, for a status

20 conference.  The government was represented by its counsel, Jason Hitt,

21 Assistant United States Attorney.  Defendant, Charles Wayne Allbright,

22 was present with his counsel, Matthew C. Bockmon, Assistant Federal

23 Defender.  It was noted that, although discovery has been provided to

24 defendant, there are still audio tapes outstanding.  It was ordered

25 that a further status conference be set for February 6, 2007, at 9:30

26 a.m.  Good cause appearing therefor,

27      IT IS ORDERED that a further Status Conference in this matter be

28 set for February 6, 2007, at 9:30 a.m. in Courtroom 4.

1    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161 (h)(8)(B)

2 (iv) and Local Code T4, the period from January 9, 2007, through and

3 including February 6, 2007, is excluded from the time computations

4 required by the Speedy Trial Act due to on going preparation of

5 counsel.

6

7 Dated: January 16, 2007

8

9                                   LAWRENCE K. KARLTON
                                    SENIOR JUDGE
10                                  UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28