1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CHARLES WAYNE ALLBRIGHT

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11

12
   UNITED STATES OF AMERICA,        )  NO. CR-S-06-0463-LKK
13                                  )
                  Plaintiff,        )
14                                  )  ORDER AFTER HEARING
        v.                          )
15                                  )
   CHARLES WAYNE ALLBRIGHT,         )
16                                  )  Judge: Hon. Lawrence K. Karlton
                  Defendant.        )
17                                  )
   _____  )
18
        This matter was before the court on February 6, 2007, for a status
19
   conference.  The government was represented by its counsel, Jason Hitt,
20
   Assistant United States Attorney.  Defendant, Charles Wayne Allbright,
21
   was present with his counsel, Matthew C. Bockmon, Assistant Federal
22
   Defender.  It was ordered that a further status conference be set for
23
   March 6, 2007, at 9:30 a.m.  Good cause appearing therefor,
24
        IT IS ORDERED that a further Status Conference in this matter be
25
   set for March 6, 2007, at 9:30 a.m. in Courtroom 4.
26
        IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161 (h)(8)(B)
27
   (iv) and Local Code T4, the period from February 6, 2007, through and
28

1  including March 6, 2007, is excluded from the time computations
2  required by the Speedy Trial Act due to on going preparation of
3  counsel.
4
5  Dated: February 8, 2007

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

Order After Hearing                 2