1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW C. BOCKMON, Bar #161566
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  CHARLES WAYNE ALLBRIGHT

              IN THE UNITED STATES DISTRICT COURT

             FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )   NO. CR-S-06-0463-LKK
                             )
            Plaintiff,       )
                             )   ORDER AFTER HEARING
     v.                      )
                             )
CHARLES WAYNE ALLBRIGHT,     )
                             )   Judge: Hon. Lawrence K. Karlton
            Defendant.       )
                             )
_____)

       This matter was before the court on March 6, 2007, for a status conference.  The government was represented by its counsel, Jason Hitt, Assistant United States Attorney.  Defendant, Charles Wayne Allbright, was present with his counsel, Matthew C. Bockmon, Assistant Federal Defender.  It was ordered that a further status conference/change of plea hearing be set for April 10, 2007, at 9:30 a.m.  Good cause appearing therefor,

       IT IS ORDERED that a further status conference/change of plea hearing in this matter be set for April 10, 2007, at 9:30 a.m. in Courtroom 4.

IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161 (h)(8)(B) (iv) and Local Code T4, the period from March 6, 2007, through and including April 10, 2007, is excluded from the time computations required by the Speedy Trial Act due to on going preparation of counsel.

Dated: March 8, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT