```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHARLES WAYNE ALLBRIGHT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0463-LKK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER AFTER HEARING |
| v. ) | |
| ) | |
| CHARLES WAYNE ALLBRIGHT, ) | |
| ) | Judge: Hon. Lawrence K. Karlton |
| Defendant. ) | |
| ) | |
| _____ ) | |

This matter was before the court on April 10, 2007, for a status conference. The government was represented by its counsel, Matthew Segal (for Jason Hitt), Assistant United States Attorney. Defendant, Charles Wayne Allbright, was present with his counsel, Matthew C. Bockmon, Assistant Federal Defender. It was ordered that a further status conference/change of plea hearing be set for May 1, 2007, at 9:30 a.m. Good cause appearing therefor,

IT IS ORDERED that a further status conference/change of plea hearing in this matter be set for May 1, 2007, at 9:30 a.m. in Courtroom 4.

1       IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161 (h)(8)(B)
2  (iv) and Local Code T4, the period from April 10, 2007, through and
3  including May 1, 2007, is excluded from the time computations required
4  by the Speedy Trial Act due to on going preparation of counsel.

6  Dated: April 13, 2007

```
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

Order After Hearing                         2