DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHARLES WAYNE ALLBRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0463-LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| CHARLES WAYNE ALLBRIGHT, ) | Date:    May 22, 2007 |
| ) | Time:    9:30 a.m. |
| Defendant. ) | Judge:   Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant United States Attorney, and CHARLES WAYNE ALLBRIGHT, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for May 1, 2007, be vacated and rescheduled for status conference on May 22, 2007, at 9:30 a.m.

This continuance is being requested because defense counsel needs additional time to review the discovery and for on-going defense investigation, preparation and plea negotiation.

IT IS FURTHER STIPULATED that the period from May 1, 2007, through

and including May 22, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and on going preparation of counsel.

Respectfully submitted,

Dated: April 26, 2007         DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Matthew C. Bockmon
                              _____
                              MATTHEW C. BOCKMON
                              Assistant Federal Defender
                              Attorney for Defendant
                              CHARLES WAYNE ALLBRIGHT

Dated: April 26, 2007

                              MCGREGOR W. SCOTT
                              United States Attorney

                              /s/ Matthew C. Bockmon for
                              _____
                              JASON HITT
                              Assistant U.S. Attorney
                              per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: April 27, 2007

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT