DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHARLES WAYNE ALLBRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-06-0463-LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER CONTINUING |
| v. ) | STATUS CONFERENCE |
| ) | |
| CHARLES WAYNE ALLBRIGHT, ) | Date:     June 19, 2007 |
| ) | Time:     9:30 a.m. |
| Defendant. ) | Judge:    Hon. Lawrence K. Karlton |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed to between the United States of America through Jason Hitt, Assistant United States Attorney, and CHARLES WAYNE ALLBRIGHT, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for May 22, 2007, be vacated and rescheduled for status conference on June 19, 2007, at 9:30 a.m.

This continuance is being requested because defense counsel needs additional time to review the discovery and for on-going defense investigation, preparation and plea negotiation.

IT IS FURTHER STIPULATED that the period from May 22, 2007,

1  through and including June 19, 2007, be excluded in computing the time
2  within which trial must commence under the Speedy Trial Act, pursuant
3  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
4  on going preparation of counsel.

Respectfully submitted,

Dated: May 17, 2007         DANIEL J. BRODERICK
                            Federal Defender

                            /s/ Matthew C. Bockmon
                            _____
                            MATTHEW C. BOCKMON
                            Assistant Federal Defender
                            Attorney for Defendant
                            CHARLES WAYNE ALLBRIGHT

Dated: May 17, 2007

                            MCGREGOR W. SCOTT
                            United States Attorney

                            /s/ Matthew C. Bockmon for
                            _____
                            JASON HITT
                            Assistant U.S. Attorney
                            per telephonic authority

**O R D E R**

IT IS SO ORDERED.

Dated: May 21, 2007

_[signature]_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation and Order            2