DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHARLES WAYNE ALLBRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR-S-06-0463-LKK |
| Plaintiff, | ) |
| v. | ) ORDER AFTER HEARING |
| CHARLES WAYNE ALLBRIGHT, | ) |
| Defendant. | ) Judge: Hon. Lawrence K. Karlton |

This matter was before the court on June 19, 2007, for a status conference. The government was represented by its counsel, Jason Hitt, Assistant United States Attorney. Defendant, Charles Wayne Allbright, was present with his counsel, Matthew C. Bockmon, Assistant Federal Defender. It was ordered that a further status conference/change of plea hearing be set for July 24, 2007, at 9:30 a.m. Good cause appearing therefor,

IT IS ORDERED that a further status conference/change of plea hearing in this matter be set for July 24, 2007, at 9:30 a.m. in Courtroom 4.

1    IT IS FURTHER ORDERED that, pursuant to 18 U.S.C. §3161 (h)(8)(B)
2  (iv) and Local Code T4, the period from June 19, 2007, through and
3  including July 24, 2007, is excluded from the time computations
4  required by the Speedy Trial Act due to on going preparation of
5  counsel.

7  Dated: June 28, 2007

8  _____
   LAWRENCE K. KARLTON
9  SENIOR JUDGE
   UNITED STATES DISTRICT COURT